

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

April 30, 2020

**BY EMAIL**
The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re: *United States v. August Cherimond*,
       20 Mag. 4492

Dear Judge McCarthy,

    The Government respectfully requests that the currently sealed complaint in the above referenced case be unsealed in advance of the defendant's presentment.

                         Very truly yours,

                         GEOFFREY S. BERMAN
                         United States Attorney

             by: _____
                  Benjamin A. Gianforti
                  Assistant United States Attorney
                  (914) 993-1919

**SO ORDERED:**

_____  4-30-2020
JUDITH C. McCARTHY
United States Magistrate Judge