UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

*August Cherimond*

Defendant(s).
-----------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE

-CR-   ( )( )

20 Mag 4492

Defendant __*August Cherimond*__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or ___ teleconferencing:

_X_   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer

/s/ August Cherimond
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

August Cherimond
_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

Jason Ser
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

4/30/2020
_____
Date

Judith C. McCarthy
_____
U.S. District Judge/U.S. Magistrate Judge