```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
          -v-                                                      :    20-MJ-4492
                                                                   :
AUGUST CHERIMOND,                                                  :    ORDER
                                                                   :
                              Defendant.                           :
                                                                   :
-------------------------------------------------------------------X
```

Defendant August Cherimond was detained following his appearance in the above-captioned matter on April 30, 2020.  Following that appearance, Mr. Cherimond's attorney, Jason Ser, appealed the decision of the Court.  Because the Court may need additional documentation regarding Mr. Cherimond's medical history and because Mr. Cherimond has an upcoming surgery scheduled for May 5, 2020, time is of the essence.

Therefore, it is hereby ORDERED that, notwithstanding any provision of the Health Insurance Portability and Accountability Act of 1996, any medical provider to Mr. Cherimond shall immediately disclose to his counsel, Jason Ser, any and all records in its possession relating to Mr. Cherimond.  These records must be made available for pick-up no later than May 4, 2020.  With this Order, Mr. Ser shall promptly endeavor to obtain whatever records he can relevant to this matter.

    SO ORDERED.

Dated: May 1, 2020
      White Plains, New York

                                          JUDITH C. McCARTHY
                                          United States Magistrate Judge